## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Todd I. Hoge, Jourdain H. St. Cyr, James B. Gross I, Kenneth J. Brien, Saul R. Bullhead, Edward G. Franco, and Chad J. Rummel, <br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Sheriff Pat Heinert, Capt. Lisa Wicks, Lt. Greg Bohrer, Sgt. Eric Glasser, Cpl Paul Hewitt, Tara Canright, and Chris Aman, Burleigh County Detention Center,<br><br>　　　　　Defendants. | **ORDER**<br><br><br><br><br><br>Case No. 1:09-cv-043 |

The court, in its order of March 12, 2010, directed the parties to submit proposed scheduling/discovery plans by April 12, 2010. The deadline for submitting proposed plans has now lapsed. The court has received a proposed plan from the defendants. It has yet to receive any such plans from the plaintiffs, however.

In light of the fact that the plaintiffs are proceeding pro se, the court shall afford them additional time to prepare and submit proposed scheduling/discovery plans. Accordingly, each plaintiff shall have until May 3, 2010, to submit to the court a proposed scheduling/discovery plan. If a plaintiff fails to submit such a plan by May 3, 2010, his claims will be subject to dismissal without prejudice and without further notice for failure to comply with this court's order.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2010.

　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge